William O. LESLIE, Petitioner,

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 01–3181.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2002.

Before CLEVENGER, SCHALL, and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**M. BIANCHI OF CALIFORNIA, Appellant,**

v.

**Donald H. RUMSFELD, Secretary of Defense, Appellee.**

No. 01–1319.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2002.

Before MAYER, Chief Judge, BRYSON, and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.